KATHERINE McGROGAN v. ERIE RAILROAD COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HAROLD C. AVE v. THOMAS J. DORSEY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ROGERS SILVERWARE REDEMPTION BUREAU, INC., v. ROGERS SILVER PREMIUM BUREAU, INC., and Another.— Motion granted upon appellants' filing within five days from service of the order to be entered hereon an undertaking in the sum of $5,000. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JANAVINCE KERENS PIERCE v. WALTER BRYANT PIERCE.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JACOB SCHNECK v. LEONARD D. KETCHAM.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BELL & KILCULLEN, INC., v. JOSEPH VOLPE and Others, Impleaded, etc.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

IRVING TRUST COMPANY, as Trustee, etc., v. ANNIE REIKES.— Motion denied, with leave to renew at the Special Term. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HARRIS SHERMAN v. GEORGIA SHERMAN.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

IDA FISCHER v. ARTHUR FISCHER.— Motion granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Judicial Settlement of the Account of DOROTHY FROOKS, as Executrix, etc., of BELLE T. WAINWRIGHT, Deceased.— Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

TROFIN SALIVONCHICK v. JOSEFA SALIVONCHICK.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. DANIEL DONOVAN.— Motion granted so far as to extend the time of the appellant in which to file the record on appeal and appellant's points to and including January 22, 1930, with notice of argument for February 18, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. VITO VITALE.— Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of DAVID J. SIMON for Admission to the Bar.— Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GROVER COLLISON v. JOHN A. McCANN, as Warden of the Penitentiary of the County of New York.— Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SAMUEL SCHWARTZ v. JACOB PERLMAN and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.